RECEIPT # 58184
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK
DATE 8-24-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v. ) ) | |
| PALLADIUM CONSTRUCTION CORP., ANTHONY J. FROST and JONATHAN D. GIBBS, ) ) ) ) | 04cv11841 NG |
| Defendants. ) ) | MAGISTRATE JUDGE |

## COMPLAINT

The Plaintiff, United States Fidelity & Guarantee Company, states and alleges for a cause of action against the defendants as follows:

### PARTIES

1. The Plaintiff, United States Fidelity & Guaranty Company ("USF&G" or "Surety") is a Maryland corporation authorized to do business and issue surety bonds in Massachusetts, with a principal place of business at 385 Washington St. St. Paul, MN 55102

2. The Defendant, Palladium Construction Corporation, upon information and belief, is a Massachusetts corporation having a usual place of business at 107 Audubon Road, Building 3, Suite No. 29, Wakefield, Massachusetts.

3. The Defendant, Anthony J. Frost upon information and belief, is an individual residing at 5524 Caminito Vista Lujo, San Diego, California.

4. The Defendant, Jonathan D. Gibbs, upon information and belief is an individual residing at 416 Ocean Avenue, Marblehead MA 01945-3853.

## JURISDICTION

4. Jurisdiction is founded on diversity of citizenship and amount in controversy. The matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.

## BACKGROUND

5. At all times relevant to this action, USF&G has been in the business of, among other things, issuing performance and payment surety bonds to various contractors to secure their performance on various construction projects.

6. Palladium Construction Corporation ("Palladium") was in the business of construction contracting.

7. On or about April 22, 1994, Anthony J. Frost and Jonathan D. Gibbs in their individual capacities and Anthony J. Frost as President of Palladium (hereinafter collectively referred to as the "Defendants" or "Indemnitors") executed a Master Surety Agreement (the "MSA"). A true and correct copy of the MSA is attached hereto as Exhibit A and incorporated herein by reference.

8. Pursuant to the terms and conditions of the MSA, the Defendants are required to collateralize and to otherwise indemnify and save harmless USF&G from and against any and all demands, claims, liabilities, losses, costs, damages, attorneys' fees and expenses of whatever kind or nature which arise by reason of the execution by the Surety of any bond on behalf of the Principal.

9. At various times USF&G, as surety, issued to Palladium, as principal, and for the benefit of various owners and claimants, performance bonds and payment bonds ("Bonds").

10. As a direct and proximate result of USF&G's issuance of the Bonds at the request and on behalf of Palladium, St. Paul has received claims on the Bonds in excess of $800,000.00 and expects to incur further losses in the investigation, payment, and defense of these claims.

11. The MSA requires the Defendants to collateralize and otherwise hold USF&G harmless from all losses, costs, or expenses incurred in connection with the Bonds.

### Count I - Indemnity

12. USF&G repeats and incorporates by reference the allegations contained in paragraphs 1 through 11 as if fully set forth herein.

13. As a direct result of USF&G's execution of Bonds on behalf of its principal, Palladium and at the request of the Defendants, and based on the payment and/or investigation of claims related thereto, USF&G as surety has sustained losses, and anticipates sustaining further losses in prosecuting this action.

14. The MSA requires that the Defendants hold USF&G harmless from all losses, costs and expenses incurred in connection with the claims on the Bond.

15. As a result, the Defendants are liable, as indemnitors, to USF&G for all losses, costs, and expenses incurred in relation to any claims on the Bonds it issued on behalf of Palladium.

### Count II - Breach of Contract

16. USF&G repeats and incorporates by reference the allegations contained in paragraphs 1 through 15 as if fully set forth herein.

17. The Defendants' failure to comply with the terms of the MSA constitutes a breach of the MSA for which the Defendants are liable.

18. The Defendants' refusal to reimburse and/or indemnify USF&G for its losses constitutes a breach of the MSA.

19. USF&G has complied with all conditions precedent to commence this action.

### Count III - Specific Performance

20. USF&G repeats and incorporates by reference the allegations contained in paragraphs 1 through 19 as if fully set forth herein.

21. Pursuant to USF&G's common law rights, as well as its rights set forth in the MSA, the Defendants are required to hold the Surety harmless from any losses, costs or expenses, including attorneys' fees and interest.

22. The Defendants have failed to indemnify the Surety for its losses, costs, expenses, and attorneys' fees.

### Count IV - Quia Timet/Exoneration

23. USF&G repeats and incorporates by reference the allegations contained in paragraphs 1 through 22 as if fully set forth herein.

24. By reason of the Bonds issued by the Surety at the request and on behalf of Palladium, the Surety, if so adjudged, may be compelled to pay and satisfy potential claims or demands on the Bonds.

25. The Surety possesses the equitable rights of Quia Timet and Exoneration to demand that the Defendants adequately secure or collateralize the Surety prior to any payment by the Surety.

26. The Surety's loss of its equitable right of Quia Timet or Exoneration constitutes an irreparable harm for which there is no adequate legal remedy.

### Prayer For Relief

WHEREFORE, the Surety requests that this Court enter a judgment against the Defendants jointly and severally: (1) requiring Defendants to immediately reimburse the Surety for all incurred losses, plus interest, costs, attorneys' fees and any other incurred expenses; (2) requiring Defendants to provide collateral to the Surety in an amount necessary to properly

protect it against any potential claims; (3) for any and all amounts that might be adjudged against it in the pending claims on the Bonds; and (4) for all other relief to which it is entitled.

          Respectfully submitted,

          UNITED STATES FIDELITY AND
          GUARANTY COMPANY
          By its attorneys

          _____
          Bradford R. Carver, BBO No. 565396
          CharCretia V. Di Bartolo, BBO No. 560051
          Cetrulo & Capone LLP
          Two Seaport Lane, 10th Floor
          Boston, MA 02210
          (617) 217-5500
          (617) 217-5200 (fax)

Date: August 24, 2004

%JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES FIDELITY
& GUARANTY COMPANY

## DEFENDANTS
PALLADIUM CONSTRUCTION CORP.,
ANTHONY J. FROST
and JONATHAN D. GIBBS

(b) County of Residence of First Listed Plaintiff: N/A
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Middlesex
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Bradford R. Carver, Esq., CharCretia V. Di Bartolo, Esq.,
Cetrulo & Capone LLP, Two Seaport Lane, Boston, MA 02210
(617) 217-5500

Attorneys (If Known)
04

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal of Business In Another State | [X] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [X] 190 Other Contract
- [ ] 195 Contract Product Liability

**TORTS**
PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

PERSONAL INJURY
- [ ] 362 Personal Injury—Med. Malpractice
- [ ] 365 Personal Injury—Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Plaintiff seeks recovery against Defendants based on indemnity agreement. Jurisdiction is based on diversity of citizenship and amount in controversy pursuant to 28 U.S.C. 1332.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION DEMAND UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: August 24, 2004

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **United States Fidelity & Guaranty Company v. Palladium Construction Corp., Anthony J. Frost and Jonathan D. Gibbs**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [x] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   
   **N/A**

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [x]
   
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [x]   NO [ ]
   
   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [x]   Central Division [ ]   Western Division [ ]
   
   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  **CharCretia V. Di Bartolo**
ADDRESS  **Cetrulo & Capone LLP, Two Seaport Lane, Boston, MA 02210**
TELEPHONE NO.  **(617) 217-5214**

(Coversheetlocal.wpd - 10/17/02)