UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PALLADIUM CONSTRUCTION CORP., ANTHONY J. FROST and JONATHAN D. GIBBS,<br><br>　　　　Defendants. | )<br>)<br>)<br>)   CIVIL ACTION NO. 04CV11841-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ. P.41(a)(1)(i), the Plaintiff, United States Fidelity & Guaranty Company, hereby voluntarily dismisses the above-entitled action without prejudice.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**UNITED STATES FIDELITY AND GUARANTY COMPANY**
　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　/s/ CharCretia V. Di Bartolo_____
　　　　　　　　　　　　　　　　Bradford R. Carver, BBO No. 565396
　　　　　　　　　　　　　　　　CharCretia V. Di Bartolo, BBO No. 560051
　　　　　　　　　　　　　　　　Cetrulo & Capone LLP
　　　　　　　　　　　　　　　　Two Seaport Lane, 10th Floor
　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　(617) 217-5500
　　　　　　　　　　　　　　　　(617) 217-5200 (fax)

Date:  October 26, 2004